NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROGER D. CARTER, JR.,     )
     )
      Appellant,     )
     )
v.     )   Case No. 2D18-328
     )
STATE OF FLORIDA,     )
     )
      Appellee.     )
_____ )

Opinion filed October 17, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.


Affirmed.


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.